CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJhu

SEP 19 2011

JULIA C. DUDLEY, CLERK
BY: HMcDonad
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ERIN DEAN PROCTOR,** | ) | Civil Action No. 7:11-cv-00202 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **DIRECTOR, DEPARTMENT OF** | ) | By: Hon. Jackson L. Kiser |
| **CORRECTIONS,** | ) | Senior United States District Judge |
| Respondent. | ) | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to amend is **DENIED**; respondent's motion to dismiss is **GRANTED**;

petitioner's motion for counsel is **DENIED as moot**; a Certificate of Appealability is **DENIED**;

and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 19th day of September, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge